## In the matter of George Cascadier, an insolvent debtor.

AN application was made in behalf of the *debtor*, that the truſtees be laid under a rule to report within eight days.

*Per Curiam.* The debtor as well as his creditors has an intereſt in the account to be rendered by his truſtees, and is equally entitled with them to demand it.

It is therefore ordered, that they account within eight days after ſervice of a copy of this Rule.

## Lansing who is impleaded with Doe *ads.* Gorham.

FOOT moved to ſet aſide the default and to be let in to defend, upon an affidavit of merits, and that the omiſſion to plead was occaſioned by urgent buſineſs. He ſtated that it was a caſe of bail, and therefore is to be conſidered as one which comes recommended to the grace of the Court.

*Luſh contra,* and read counter affidavits as to merits.

*Per Curiam.* If a party wants more time to plead, he muſt apply to a Judge at his chambers